**FILED**

MAR 18 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 25-30045-SPM |
| Plaintiff, ) | |
| vs. ) | Title 8, United States Code, Section 1326(a) |
| JOSE ARIZA-ANGULA ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### ILLEGAL REENTRY AFTER DEPORTATION

On or about the 13th day of March 2025, in St. Clair County, in the Southern District of Illinois,

**JOSE ARIZA-ANGULA**

an alien, was found in the United States after having been removed therefrom on or about April 3, 2013, at or near Calexico, California, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

_Digitally signed by_
_STEVEN WEINHOEFT_
_Date: 2025.03.17_
_13:39:49 -05'00'_

_____
STEVEN D. WEINHOEFT
United States Attorney

_____
KATHLEEN M. HOWARD
Assistant United States Attorney